# ALDRIDGE | PITE
LLP

June 10, 2016

Clerk, United States Bankruptcy Court
Southern District of Florida
Miami Division

## REQUEST FOR SERVICE OF NOTICES

RE: Debtor(s)         :   Elizabeth Rocha
    Case Number      :   15-22739-RAM
    Chapter          :   13
    Secured Creditor :   Ocwen Loan Servicing, LLC
    Loan Number      :   4425

Dear Sir / Madam:

  Would you please add the following interested party to the mailing / service list in the above referenced case:

    Ocwen Loan Servicing, LLC
    c/o Aldridge Pite LLP
    Bankruptcy Department
    Fifteen Piedmont Center
    3575 Piedmont Road, N.E., Suite 500
    Atlanta, GA 30305

  Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

  Thank you for your assistance in this matter. If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        /s/ Wanda D. Murray
        Wanda D. Murray, Esq.
        Agent for Ocwen Loan Servicing, LLC

cc: Debtor's Counsel
  Trustee
  United States Trustee

Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
P: 404~994~7400
F: 888~246~7307