UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                Case No. 15-22739-RAM
                                                                      Chapter 13
ELIZABETH ROCHA


         Debtor.
_____/

OCWEN LOAN SERVICING, LLC'S
MOTION TO VACATE
ORDER GRANTING MORTGAGE MODIFICATION MEDIATION

**COMES NOW**, Ocwen Loan Servicing, LLC ("Movant"), by and through its undersigned counsel, as and for its *Motion to Vacate Order Granting Mortgage Modification Mediation* and in support states as follows:

1. On September 24, 2015, Debtor filed a Motion for Referral to Mortgage Modification Mediation regarding loan number ending in 4425 [d.e. #22].

2. On September 29, 2015, the Court entered a Mortgage Modification Mediation Order [d.e. #25].

3. Movant is a registered user in the DMM portal ("the Portal"). Pursuant to the MMM Order, Debtor is required to pay the portal fee, upload a copy of the MMM Order and upload financial documents to the portal within seven days of the Order entry.

4. To date, the Debtor has not opened the loan in the Portal, and the necessary documents for review have not been provided to Movant. Accordingly, Debtor has not complied with the Court's Order and is not engaging in the MMM process in good faith. The MMM Order should be vacated.

5.  Movant has incurred attorneys' fees in the amount of $400.00 in filing this Motion to Vacate Mediation Order.

**WHEREFORE**, Movant respectfully requests that this Court vacate the Mortgage Modification Mediation Order, that Debtor be required to pay Movant's attorneys' fees and costs incurred in filing this Motion, and for such further relief as the Court may deem just and proper.

Respectfully Submitted:

/s/ Brandi R. Lesesne
Brandi R. Lesesne
FBN: FL 65477
Aldridge | Pite LLP
Attorney for Movant
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
Phone: (404) 994-7629
Fax: (888) 701-8994

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Vacate Order Granting Mortgage Modification Mediation was served electronically or via U.S. Mail, first-class postage prepaid, to:

Elizabeth Rocha
1315 NE 181st Street
North Miami Beach, FL 33162

Robert Sanchez, Esq
355 West 49th Street
Hialeah, FL 33012
court@bankruptcyclinic.com

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027
e2c8f01@ch13herkert.com

Dated: June 23, 2016

/s/ Brandi R. Lesesne
Brandi R. Lesesne
FBN: FL 65477
Aldridge | Pite LLP
Attorney for Movant
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
Phone: (404) 994-7629
Fax: (888) 701-8994