# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND Modified Plan

DEBTOR: Elizabeth Rocha    JOINT DEBTOR: _____    CASE NO.: 15-22739-RAM
Last Four Digits of SS# 9197    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $226.20 for months 1 to 14; in order to pay the following creditors:
    B.    $2,644.32 for months 15 to 15; in order to pay the following creditors:
    C.    $107.48 for months 16 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $3650 + $2500 (MMM) = $6150   TOTAL PAID $1350
    Balance Due   $4800 payable $89.14/month (Months 1 to 14); payable $2,310.74/month (Months 15 to 15) payable $27.58/month (Months 16 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing LLC
12650 Ingenuity Drive
Orlando, FL 32826     MMM Payment $15.37/month (Months 1 to 14)
Account No: xxxx4425

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service     Total Due $2,254.43
    Payable   $26.84/month (Months 1 to 14); Payable $40.84/month (Months 15 to 60)

Unsecured Creditors: Pay $82.05/month (Months 1 to 14); and Pay $28.31/month (Months 15 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ocwen Loan Servicing, LLC Account No: xxxx4433 and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

"The debtor has filed a Verified Motion for Referral to MMM with Ocwen Loan Servicing, LLC ("Lender"), loan number xxxx4425, for real property located at 1315 NE 181 Street, North Miami Beach, FL 33162. An agreement was not reached at the MMM mediation and so the Debtor will treat this property outside the plan and pay and negotiate an agreement directly with the Lender.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor                                        Joint Debtor
Date: 12/09/2016                                         Date: _____

LF-31 (rev. 01/08/10)